1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Martha Stringer, CSB #156333
5

6  Attorneys for defendants
   COUNTY OF SAN BENITO, DONNA ELMHORST,
7  LEE COLLINS, REBECCA PEREZ-OCHOA, LUCY
   PEREZ, ED AKRON and MARILYN COPPOLA
8

9
                    **IN THE UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
                         (San Jose Division)        *E-FILED - 10/6/05*
11

12  MOLLY A. FORT, NATHAN M. FORT, and )      CASE NO: C03-03587-RMW
    MADISON MEWBORN, by and through    )
13  her Guardian ad Litem, ROBERT B.   )
    FORT,                              )      **STIPULATION FOR DISMISSAL**
14                                     )
                                       )           AND ORDER
15              Plaintiffs,            )

16  vs.                                )

17  COUNTY OF SAN BENITO; DONNA        )
    ELMHURST, individually and as an   )
18  employee of the County of San Benito; )
    LEE COLLINS, individually and as an )
19  employee of the County of San Benito; )
    REBECCA OCHOA-PEREZ, individually  )
20  and as an employee of the County of San )
    Benito; LUCY PEREZ, individually and as )
21  an employee of the County of San Benito; )
    PAUL PETERLIN, individually and as an )
22  employee of the County of San Benito; )
    EDWARD AKRON, individually and as an )
23  employee of the County of San Benito; )
    MARILYN COPPOLA, individually and as )
24  an employee of the County of San Benito; )
    MICHAEL MEWBORN, an individual, and )
25  DOES 1 through 50, inclusive,      )

26              Defendants.            )
                                       )
27  _____ )

28  *Fort v. San Benito* [C03-03587 RMW]/ Stipulation For Dismissal                    Page 1

1       IT IS HEREBY STIPULATED by and between the parties to this action through

2  their designated counsel that defendants COUNTY OF SAN BENITO, DONNA

3  ELMHORST, LEE COLLINS, REBECCA PEREZ-OCHOA, LUCY PEREZ, ED AKRON

4  and MARILYN COPPOLA be and hereby are dismissed, with prejudice, from the above-

5  captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and

6  attorneys' fees.

7  Dated:      8/17/05                        WILLIAMS & ASSOCIATES

8

9

10                                     By: _____

11                                 MARTHA M. STRINGER, CSB 156333
                               Attorneys for defendants

12                                 COUNTY OF SAN BENITO, DONNA
                               ELMHORST, LEE COLLINS, REBECCA
                               PEREZ-OCHOA, LUCY PEREZ, ED

13                                 AKRON and MARILYN COPPOLA

14  Dated:

15

16                                   By: _____

17                                   DONNIE COX
                               Attorneys for plaintiffs

18

19  IT IS SO ORDERED

20  Dated: 10/6/05                   /S/ RONALD M. WHYTE

21                                   Judge, USDC, Northern District
                               of California

22

23

24

25

26

27

28  *Fort v. San Benito* [C03-03587 RMW]/ Stipulation For Dismissal                         Page 2