1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8                            SAN JOSE DIVISION

9  GAYLE LEIER, et al.,                )        Case No.: C 09-2240 PVT
                                       )
10              Plaintiff,             )        **ORDER CLARIFYING JULY 6, 2009**
                                       )        **ORDER AND SETTING DEADLINE FOR**
11       v.                            )        **PLAINTIFFS TO SUBMIT CORRECT**
                                       )        **DOCUMENT**
12  COUNTY OF SAN BENITO, et al.,      )
                                       )
13              Defendants.            )
   _____)

14

15         On May 29, 2009, Plaintiffs filed an *ex parte* petition for approval of minors' compromise of

16  claims.  On June 18, 2009, this court issued an interim order seeking further briefing and scheduling

17  oral argument.  On July 6, 2009, Plaintiff filed the supplemental briefing.  Based on the moving and

18  supplemental papers submitted,

19         IT IS HEREBY ORDERED that no later than July 10, 2009, Plaintiffs shall file a copy of the

20  original petition document that was actually signed by Petitioner.  The document Petitioner filed

21  with her supplemental briefing is *not* the document that originally included the signature page that

22  was later attached to the petition and filed herein at Docket No. 9.  It is the document that originally

23  included *that* signature page which the court ordered Plaintiffs to submit to the court.

24         IT IS FURTHER ORDERED that this matter remains on calendar for 10:00 a.m. on July 14,

25  2009.

26  Dated: *7/8/09*

27                                    _____
                                      PATRICIA V. TRUMBULL
28                                    United States Magistrate Judge

ORDER, *page 1*